# CRIMINAL COMPLAINT

| United States District Court | | DISTRICT of ARIZONA |
|---|---|---|
| United States of America<br>v.<br>**Moses Antonio Shepard**<br>DOB: 05/29/1964<br>United States Citizen | FILED ___<br>RECEIVED ___<br>APR 13 2010<br>CLERK U S DISTRICT COURT<br>DISTRICT OF ARIZONA<br>BY_____ DEPUTY | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**10-07785M** |

Complaint for violation of Title 18, United States Code § 2261A(2)(A)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

From on or about August 6, 2009, through March 13, 2010, at or near Tucson, in the District of Arizona, Moses Antonio Shepard, with the intent to harass or cause substantial emotion distress to Linda Mari Arnaud, a person in another State, did use the mail, any interactive computer service, or any facility if interstate or foreign commerce to engage in a course of conduct that causes substantial emotional distress to Linda Mari Arnaud; in violation of Title 18, United States Code, Section 2261A(2)(A).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

See attached statement of probable cause incorporated by reference herein.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| **Recommend Detention**<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY: AUSA _Angela Woolridge_<br>Sworn to before me and subscribed in my presence. | SIGNATURE OF COMPLAINANT<br>(official title) _[signature]_<br><br>OFFICIAL TITLE<br>Special Agent Tony Taylor, FBI |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE [1]<br>_Jacqueline Marshall_ | DATE<br>April 13, 2010 |

[1] See Federal Rules of Criminal Procedure Rules 3 and 54

**Moses Antonio Shepard**      5/29/1964        United States Citizen

**Basis for Complaint**

In September 1993, the victim, Linda Mari Arnaud, met Moses Antonio Shepard in New York, New York. The victim went on one date with Shepard and declined his request for a second date.

Between September 1993 and May 1994, in New York, Shepard engaged in a pattern of harrassing conduct with regard to the victim. Shepard called the victim several times during late night hours and hung up the phone. Shepard frequented the victim's place of employment, school, subway stop, and home. Shepard sent mail to the victim in which he described the victim's mother and included photocopied pages of the victim's high school year book. On one occasion Shepard went to the victim's apartment building and thrust his arm through the front door to grab the victim's arm. The victim was able to free herself from Shepard's grip and shut the door after a brief struggle. The victim reported this behavior to the New York Police Department.

In June 1994, the victim moved to Santa Fe, New Mexico, and did not tell Shepard where she is moving to. Shepard continued to contact friends of the victim. The victim sent a letter to Shepard telling him to leave her alone. The victim sent this letter from Los Angeles, California, in attempt to disguise her actual location from Shepard. Shortly after the victim registered her car in New Mexico and updated her credit card billing information with her new address, Shepard began sending letters to the victim through the mail. The victim was disturbed by these letters, as they indicate that Shepard intends to continue to pursue her. One of the letters from Shepard was postmarked from Phoenix, Arizona, and in the letter Shepard told the victim he has moved to be closer to her and was preparing to come for her. As a result, the victim moved out of her house into a new address and obtained a P.O. Box. This conduct occurred between June 1994 and June 1995.

In June 1995, the victim's parents moved from New Jersey to Tucson, Arizona. The victim moved in with them. Soon thereafter, Shepard began sending the victim letters through the mail at her parent's address. The victim was disturbed and frightened. In January 1996, the victim obtained a six-month restraining order against Shepard in Tucson City Court. The victim renewed the order in July 1996.

In September 1996, the victim moved to San Diego, California; however, in attempt to disguise here whereabouts from Shepard, she maintained her car registration and billing information in Tucson. The victim's restraining order in Tucson expired in December 1996, at which time Shepard resumed sending her letters through the mail to her parents' address. Shepard also placed a telephone call to the victim's parents' home. The victim's father told Shepard to stop calling. Shepard continued to send letters through the mail to the victim at her parents address, intermittently over the next several years. The victim reported this behavior to the Encinitas (California) Police Department. During this time period, sometime in 2001, the victim's sister-in-law (who has the same first and last name as the victim)

underwent a rare heart surgery that was published in a medical journal. Shepard sent a letter to the victim's sister-in-law by way of the journal.

In July 2003, the victim moved to West Hartford, Connecticut.

In September 2004, Shepard sent a letter to the victim (at her parent's address, apparently believing the victim to still be residing in Tucson) in which he stated that he had moved to Phoenix, Arizona, to be closer to her.

In February 2005, the victim traveled to Seattle, Washington, to teach a yoga class. This class was posted on the internet, and Shepard sent a letter to the studio where the victim was teaching. When the victim returned to West Hartford, Connecticut, Shepard had sent her an identical letter. Both letters indicated that Shepard was continuing to pursue the victim. Shepard then sent mail to the victim's home address in West Hartford on several occasions. In one letter, Shepard told the victim he had gone to San Diego several times and watched the victim from afar. Shepard also mailed the victim a compact disc and a letter stating that the compact disc was a recording of a conversation they had when they first met.

Shepard also left several messages on the victim's cellular telephone. The victim discontinued her cellular phone service in attempt to prevent Shepard from contacting her, but Shepard then began calling the victim's land telephone line at her home. Caller identification revealed that Shepard's telephone calls originated from payphones in Tucson, Arizona.

The victim never answered any of Shepard's phone calls or letters, except for one occasion. On that occasion, in attempt to stop Shepard from continuing to contact her, the victim called Shepard and told him she is not interested in him and to stop contacting her. Shepard hung up the phone without responding, and then continued to call and send mail to the victim intermittently through February 2007.

On February 5, 2007, the victim received a telephonic voice messages from Shepard. According to the victim's caller identification, the call was placed from the West Hartford Inn. In the message, Shepard stated that he wanted to see the victim and would wait for her. On February 6, 2007, Shepard left another voice message for the victim in which he stated he was at the Whole Foods Market and requested that the victim meet him there. Caller identification confirmed that the call was placed from the West Hartford Whole Foods Market. The victim was very frightened and went to the West Hartford Police Department. A warrant for Shepard's arrest was issued. Some time later, Shepard resumed calling the victim from his Tucson, Arizona phone number and continued calling the victim intermittently. In one of the voice messages, Shepard stated that he did not understand why the victim did not come to visit him while he was in West Hartford.

On February 24, 2007, the victim provided the West Hartford Police Department with a letter she had received from Shepard. In the letter, Shepard admitted to coming to West Hartford to see the victim and stated that he had waited most of the day on February 4 and 6, 2007. Throughout the letter, Shepard professed his eternal love and overwhelming desire for the

victim. Portions of the letter were very sexually explicit and explained in graphic detail various acts Shepard wished to engage in with the victim.

In March 2008, the victim's e-mail address was posted on an internet yoga instructor directory, and Shepard began e-mailing the victim intermittently over the next several months. The victim found the content of the e-mail messages disturbing. During this same time period, Shepard visited the victim's sister-in-law's place of employment, a fitness center in Tucson, Arizona. Shepard asked for Linda Arnaud (the name of both the victim and her sister in law), approached the victim's sister-in-law and looked at her until management escorted him out of the building.

On August 6, 2009, while residing in Tucson, Arizona, Shepard sent an e-mail message to the victim referencing a murder in Pittsburgh, Pennsylvania, in which a man entered a fitness center and opened fire, killing several women and then killing himself. In the message Shepard appeared to compare himself to the killer, and included a link to the killer's internet blog site. The victim was very frightened by this message, as the content of the message and the linked site suggested a parallel between the murders and Shepard's feelings toward the victim.

On February 8, 2010, Shepard left the victim a voice mail message stated that he was leaving that day to come speak with the victim in private. The victim went to the West Hartford Police Department, and officers confirmed that the 2007 warrant for Shepard's arrest was still active, and also obtained a second warrant. The victim informed the security department at her place of employment about Shepard.

On February 9, 2010, Shepard called the victim's place of employment from a Tucson, Arizona telephone number. Shepard informed the employee who answered the phone that he planned to come to the office in person. The victim contacted the West Hartford Police Department, and officers applied for a third warrant for Shepard's arrest.

On February 28, 2010, Shepard called the victim's home telephone and left a voice message in which he told the victim to check her e-mail account. The victim found 14 e-mail messages sent by Shepard between January 31, 2010, and February 28, 2010: one message sent on January 31, 2010 (in which, in addition to a written message to the victim, Shepard included four links to pornographic websites), one message sent on February 7, 2010, one message sent on February 8, 2010, four messages sent on February 9, 2010 (one in which Shepard referenced attempting to visit the victim in person, and one in which Shepard referenced the victim's high school), one message on February 11. 2010, one message on February 13, 2010 (in which Shepard offered the victim money if agreed to meet with him), one message on February 14, 2010, one message on February 15, 2010, one message on February 22, 2010, and two messages on February 28, 2010. Based upon these messages, the West Hartford Police Department applied for an additional arrest warrant for Shepard.

The victim then received additional e-mail messages from Shepard: one message on March 2, 2010, one message on March 3, 2010 (in which Shepard proposed to meet with the victim

before March 7 but not after), and one message on March 7, 2010 (in which Shepard discussed at length his proposal for coming to meet with the victim). The victim was particularly disturbed by the March 7 message because Shepard referenced future internet blogs, similar to the blogs linked to the August 6, 2009, e-mail message about the fitness center murders.

On March 9, 2010, the victim obtained a restraining order against Shepard from the State of Connecticut Superior Court. On March 11, 2010, and March 13, 2010, the victim received additional e-mail messages from Shepard. The West Hartford Police Department applied for an additional arrest warrant for Shepard.

It was confirmed that Shepard was still residing in Tucson, Arizona, during this time period. The victim was very disturbed by the content of Shepard's messages and his repeated attempts to contact her.