IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Moses Shepard,<br><br>Defendant. | No. cr-10-1032-TUC-CKJ (CRP)<br><br>**REPORT AND RECOMMENDATION** |

Pending before the Court is Defendant's Motion to Dismiss in Favor of No Contact Order & Notice Re: Coming PC Access vs. Judicial Economy. (Doc. 415). In his motion, Defendant requests that the charges against him be dismissed and that he, instead, be ordered not to contact the victim. The Court is not at liberty to negotiate a plea bargain with Defendant. A grand jury found probable cause for the Government to bring the charges against Defendant. The charges cannot and will not be dismissed by the Court pursuant to Defendant's request. The Magistrate Judge recommends the District Court deny the motion.

**Recommendation**

The Magistrate Judge recommends that the District Judge deny Defendant's Motion to Dismiss. (Doc. 415).

Pursuant to Federal Rule of Criminal Procedure 59(b)(2), any party may serve and file written objections within fourteen days of being served with a copy of the Report and Recommendation. If objections are not timely filed, they may be deemed waived. The parties are advised that any objections filed are to be identified with the following case number: **CR 10-1032-CKJ**.

Dated this 9th day of August, 2011.

_____
CHARLES R. PYLE
UNITED STATES MAGISTRATE JUDGE