IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>MOSES SHEPARD,<br><br>   Defendant. | No. CR 10-1032-TUC-CKJ<br><br>**ORDER** |

On June 28, 2011, Magistrate Judge Charles R. Pyle issued a Report and Recommendation ("R and R") (Doc. 352) in which he recommended that the Motion to Dismiss for Lack of Probable Cause (Doc. 328) and the Motion to Terminate Count One with Prejudice Today (Doc. 345) be denied.[1] Additionally, on August 11, 2011, Magistrate Judge Pyle issued an R & R (Doc. 434) in which he recommended that the Motion to Dismiss in Favor of No Contact Order & Notice Re: Coming PC Access vs. Judicial Economy (Doc. 415) be denied. The R and Rs notified the parties that they had fourteen days from the dates of being served with each copy of the R & Rs to serve and file any objections.

Additionally, pending before this Court are Defendant Moses Shepard's ("Shepard") Motion to Jorgenson to Allow Forensic Handwriting Analysis (Doc. 446), Motion to

---

[1] The Court notes that the magistrate judge has also denied Shepard's Motions for Reconsideration (Docs. 391 and 392). *See* Doc. 410.

Jorgenson to Allow PC Access Daily at CCA & Web Access (Doc. 450), Motion to Jorgenson to Produce Grand Jury Transcripts Now (Doc. 463), Motion to Jorgenson to Compel Hearing Identity of Mr. Heh and Child (Doc. 476), Motion to Reconsider Striking PD Detention Motions Not Authorized (Doc. 477), Appeal to CKJ Objection to R & R Re: Hiring a Forensic Computer Expert (Doc. 480), and Motion to Jorgenson to Compel Gov't Disclosure of FBI Forensic Exam Results (Doc. 491). The Court accepts these motions as objections/requests for review of the magistrate judge's orders.

Shepard has also filed a Motion to Jorgenson for Web Access and Additional Computer Use (Doc. 478) and a Motion to Jorgenson to Require Production of Witness List A.S.A.P. (Doc. 479). The Court finds it is appropriate for these motions to be considered by the assigned magistrate judge.

Also pending before this Court are Shepard's Motion for De Novo Review by CKJ Re: Re-Opened Custody Hearing, Alternatively, Revoke Said Order (Doc. 464) and Notice to Jorgenson Re: De Novo Review of Custody Release Related Issues (Doc. 483). The Court has addressed these in a separate order.

On July 13, 2011, Shepard filed a Delayed Reply Supporting Termination of Count One with Prejudice Today (Doc. 396) and a Notice of Estimated Time of Arrival of Infante Probable Cause Replies Supporting Dismissal (Doc. 397). On August 18, 2011, Shepard filed a Motion to Jorgenson to Allow a Delayed Objection to Doc. 352 (Doc. 440). Shepard did not propose a specific deadline in his requests and, as of this date, has not filed any Objections to the June 28, 2011, R & R. To the extent that the Court did not immediately consider the issues upon the expiration of the 14 day deadline to file objections, the requests are granted. However, the Court does not find it appropriate to permit further delay in the filing of any objections.

On August 19, 2011, Shepard filed an Objection to the August 11, 2011, R & R (Doc. 461).

*Motion to Dismiss for Lack of Probable Cause*

The magistrate judge distinguished *United States v. Infante*, 2010 WL 1268140 (D.Ariz. March 30, 2010), in which had the court had dismissed the charge because the government did not establish probable cause that the defendant had acted with intent to harass the alleged victim. The Court agrees with the magistrate judge that facts establish probable cause that Shepard acted with intent and purpose to harass the victim. After an independent review, this Court finds dismissal for lack of probable cause is not warranted.

*Motion to Terminate Count One with Prejudice Today*

This Court agrees with the magistrate judge that "the sub-section of the stalking statute under which [Shepard] is charged in Count One does not require interstate travel. See 18 U.S.C. 2261A(2)." R & R, p. 3. The Court will deny Shepard's motion.

*Motion to Dismiss in Favor of No Contact Order & Notice Re: Coming PC Access vs. Judicial Economy*

Shepard has proposed non-trial resolutions of this matter. However, Shepard "has no constitutional right to plea bargain and the government has no duty to plea bargain[.]" 22 C.J.S. Criminal Law § 486. Moreover, the rule regarding plea negotiations "flatly proscribes court participation 'in any such discussions.'" *United States v. Anderson*, 993 F.3d 1435, 1438 (9th Cir. 1993), *see also* Fed.R.Crim.P. 11(c)(1). The Court will deny Shepard's request.

*Motions to Allow Forensic Handwriting Analysis, to Allow PC Access Daily at CCA & Web Access, to Produce Grand Jury Transcripts Now, to Compel Hearing Identity of Mr. Heh and Child, to Reconsider Striking PD Detention Motions Not Authorized, and to Compel Gov't Disclosure of FBI Forensic Exam Results (Doc. 491); Appeal to CKJ Objection to R & R Re: Hiring a Forensic Computer Expert*

Pretrial orders issued by a magistrate judge not subject to a Report and Recommendation may be considered by a district court "where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law." 28 U.S.C. § 636 (b)(1)(A).

The Court finds it has not been shown that the magistrate judge's orders are clearly erroneous or contrary to law. The Court will deny these motions.

Accordingly, after an independent review, IT IS ORDERED:

1. The Motion to Jorgenson to Allow a Delayed Objection to Doc. 352 (Doc. 440) is GRANTED IN PART AND DENIED IN PART.

2. The June 28, 2011, Report and Recommendation (Doc. 352) is ADOPTED.

3. The Motion to Dismiss for Lack of Probable Cause (Doc. 328) is DENIED.

4. The Motion to Terminate Count One with Prejudice Today (Doc. 345) is DENIED.

5. The August 11, 2011, Report and Recommendation (Doc. 434) is ADOPTED.

6. The Motion to Dismiss in Favor of No Contact Order & Notice Re: Coming PC Access vs. Judicial Economy (Doc. 415) is DENIED.

7. The Motion to Jorgenson to Allow Forensic Handwriting Analysis (Doc. 446) is DENIED.

8. The Motion to Jorgenson to Allow PC Access Daily at CCA & Web Access (Doc. 450) is DENIED.

9. The Motion to Jorgenson to Produce Grand Jury Transcripts Now (Doc. 463) is DENIED.

10. The Motion to Jorgenson to Compel Hearing Identity of Mr. Heh and Child (Doc. 476) is DENIED.

11. The Motion to Reconsider Striking PD Detention Motions Not Authorized (Doc. 477) is DENIED.

12. The Appeal to CKJ Objection to R & R Re: Hiring a Forensic Computer Expert (Doc. 480) is DENIED.

13. The Motion to Jorgenson to Compel Gov't Disclosure of FBI Forensic Exam Results (Doc. 491) is DENIED.

14. The Motion to Jorgenson for Web Access and Additional Computer Use (Doc.

1 | 478) and Motion to Jorgenson to Require Production of Witness List A.S.A.P. (Doc. 479)
2 | are REFERRED to the magistrate judge for review.
3 |     DATED this 22nd day of September, 2011.

_____
Cindy K. Jorgenson
United States District Judge