1
2
3
IN THE UNITED STATES DISTRICT COURT
4
FOR THE DISTRICT OF ARIZONA
5

6   United States of America,                    No. cr-10-1032-TUC-CKJ (CRP)

7                   Plaintiff,                    **REPORT AND**
                                                  **RECOMMENDATION**
8   vs.

9   Moses Shepard,

10                  Defendant.

11

12        Pending before the Court is another motion in which Defendant challenges the

13   Indictment. (Doc. 528). "[A]n indictment is sufficient if: (1) it contains the elements of

14
     the offense charged and fairly informs a defendant of the charge against which he must
15
     defend; and (2) it enables him to plead an acquittal or conviction in bar of future
16
     prosecutions for the same offense." *United States v. Hill*, 279 F.3d 731, 741 (9th
17
18   Cir.2002) (citing *Hamling v. United States*, 418 U.S. 87, 117 (1974)). The District Judge

19   has analyzed the sufficiency of the Indictment based on prior arguments by Defendant

20   and advisory counsel. (Doc. 411). Excepting the District Judge's striking of the intent to

21   intimidate, the District Judge has found the Indictment to be sufficient. (Doc. 411).
22
23        In the current Motion, Defendant confuses the elements of the crimes and requests

24   unnecessary changes to the Indictment. The Indictment contains the elements of the two

25   charged offenses and fairly informs Defendant of the charges against which he must

26   defend. (*See* Doc. 22). It enables Defendant to plead an acquittal or conviction in bar of
27
28

future prosecutions for the same offenses. Further, the Indictment does not contain prejudicial or inflammatory allegations that are neither relevant nor material to the charges. *See United States v. Terrigno*, 838 F.2d 371, 373 (9th Cir.1988) (quoting *United States v. Ramirez*, 710 F.2d 535, 544-545 (9th Cir.1983) (the purpose of a motion to strike surplusage is to protect a defendant against prejudicial or inflammatory allegations that are neither relevant nor material to the charges).

**Recommendation**

The Magistrate Judge recommends the District Court, after independent review, DENY Defendant's Motion to Strike Surplusage Re: Contact Intent in Ct. Two, and "Or" vs. "And," and "E-mail" in Ct. One; District vs. State, Etc. (Doc. 528).

Pursuant to Federal Rule of Criminal Procedure 59(b)(2), any party may serve and file written objections within fourteen days of being served with a copy of the Report and Recommendation. If objections are not timely filed, they may be deemed waived. The parties are advised that any objections filed are to be identified with the following case number: **CR 10-1032-CKJ**.

Dated this 18th day of October, 2011.

_____

**CHARLES R. PYLE**
**UNITED STATES MAGISTRATE JUDGE**