IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MOSES SHEPARD,<br><br>    Defendant. | No. CR 10-1032-TUC-CKJ (CRP)<br><br>**ORDER** |

On November 14, 2011, Magistrate Judge Charles R. Pyle issued a Report and Recommendation (Doc. 622) in which he recommended this Court deny Defendant's Motions to Dismiss Indictment (Docs. 568, 570, 575, and 578). The Report and Recommendation notified the parties that they had 14 days from the date of service of the Report and Recommendation to file any objections. No objections have been filed.

The Court has reviewed and considered the Motion to Dismiss Indictment Pursuant to Precedent Defining Bona Fide Stalking, Alternatively Supplement to Motion to Re-Open Detention Hearing or De Novo Review, the Motion to Dismiss for Denial of Due Process (5th Amendment U.S. Constitution), the Motion to Dismiss Counts: Count(s) One for Failure to Stand Alone Without 2261A (1), the Motion to Dismiss for Denied Access to the Courts, Alternatively, Notice re: the Same, and the Supplement to Motions to Strike Indictment Surplusage Using Legal Definitions. The Court has also reviewed the Responses, Replies, and the Report and Recommendation.

Accordingly, after an independent review, IT IS ORDERED:

1. The Report and Recommendation (Doc. 622) is ADOPTED.

2. The Motion to Dismiss Indictment Pursuant to Precedent Defining Bona Fide Stalking, Alternatively Supplement to Motion to Re-Open Detention Hearing or De Novo Review (Doc. 568) is DENIED.

3. The Motion to Dismiss for Denial of Due Process (5th Amendment U.S. Constitution) (Doc. 570) is DENIED.

4. The Motion to Dismiss Counts: Count(s) One for Failure to Stand Alone Without 2261A (1) (Doc. 575) is DENIED.

5. The Motion to Dismiss for Denied Access to the Courts, Alternatively, Notice re: the Same (Doc. 578) is DENIED.

DATED this 14th day of December, 2011.

_____
Cindy K. Jorgenson
United States District Judge