Moses Shepard
3634 South 8th Avenue
Tucson, Arizona 85713

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Shepard,

    Movant,

 v.

USA,

    Respondent.

No. CR-10-1032-CKJ / 4:10-cr-01032-CKJ

**MOTION TO RETURN REMAINING PROPERTY GIVEN FBI STATING THEY WANTED TO DO THIS YEARS AGO**

(Judge Cindy K. Jorgenson)

    Movant states under penalty of perjury as true and correct all facts asserted herein, contending issues, rules, arguments and conclusions as of the signed and dated proof of service.

    On 11/3/20, under Order Dkt. 965, FBI agents Michelle Terwilliger and Tony Taylor returned three (3) items to Movant, in person, and spoke briefly, the substance of which is here memorialized before fading into oblivion.  Movant asked them to photograph the returned items they handed him.  Tony said their receipt was enough.  He also said they *"wanted to return" all items "years ago"* but were told they could not because of the "appeal."  Movant asked if his accuser were to have a crisis of conscience, admit she made a mistake, should never have gone to the FBI, would they support vacating the felony.  Tony said the case "has already been adjudicated," meaning, he'd do nothing, and Movant should "not contact her" again.  Movant cannot recall if he said he did not intend to do so, and was instead suggesting *they* do so, to ask if she wants to recant.  Apparently, that suggestion may have been lost on them before they drove off, as Movant has no clarity as to what they may think they heard or misunderstand from him.

    Based on the foregoing, the Court is MOVED to direct them to return all remaining items now, as-is, without further ado, *given their never having opposed doing so, and they would*

*have done so years ago* if not for the "appeal."  Moreover, they were also closest to their sole accuser and made the initial decision to prosecute, so they should know best whether returning all said property could potentially have any negative fallout, and clearly, they do not, having wanted to get rid of it, years ago, back into Movant's custody, without further ado, end of story.

If all items are returned now, as-is, Movant stipulates he will make no further appeal, saving him any further work now being done to inventory the remaining un-returned items to show they make *no* reference to his accuser, as having been created *before* they met in 1993. This would also spare all parties concerned by his *not* collaterally having to show the FBI/AUSA never made a *full* disclosure under Brady, so the conviction was indeed unconstitutional, as having been in violation of due process, nor result in damage to opposition reputations, by CR 10-1032 having to continue dragging out before Movant is finally vindicated, as he expects.

***Notably, while interacting, neither Michelle, Tony, nor Movant wore a mask, and were well within six feet of one another, and correct in doing so.***  See www.stopworldcontrol.com for perhaps the finest, most comprehensive, well-referenced activist site showing there is no verifiable "pandemic," only a grand deception that authorities worldwide were ***misled into helping prosecute*** (sound familiar?).  As was stated on one of the many placards being waved at the many public protests going on worldwide over "the virus": "The corporate-government media is the true virus, mass compliance, the true pandemic, and critical thinking the only cure." See, for example: www.brighteon.com/c3a87c8d-a1b0-42a4-8273-9763fa128211 and www.brighteon.com/a831082a-3676-4797-977f-544b322b35d0 for highly eloquent push backs.

Previously, Movant wrote he would no longer mention the Covid crisis.  He does so now primarily to note that a video he linked to was *removed by* **YouTube** (they're "in on it") that describes the factual and legal basis for global class action lawsuits that may soon take down all

"charlatans and criminals" behind the "pandemic," which many are calling a "plandemic" or "scamdemic."  That re-uploaded video replacing the one scrubbed by YouTube is now going viral at free speech alternatives to YouTube, Facebook, Twitter.  See www.fuellmich.com for its creators and, for the video, www.brighteon.com/new-search?query=Reiner%20Fuellmich and https://brandnewtube.com/search?keyword=Reiner+Fuellmich) for the "Covid Crimes Against Humanity" now going viral video, presented by lawyer Dr. Reiner Fuellmich of the "Corona Investigative Committee."  He is one of many "top gun" lawyers and medical doctors now teaming up worldwide to ***imprison and bankrupt*** all dishonest "medical experts" and power-mad technocrats and politicians enforcing inhumane orders depriving millions of souls of their basic human rights to breath without face diapers (mask), keep a job without lockdown, go to a "house of worship," a beach, park, or school, without government interference, or threats of unnecessary quarantines, tracking, and vaccine-injections (i.e. legalized "felony assault with a deadly weapon," in violation of the Hippocratic Oath for doctors to do no harm and *only* act *with* patient consent), reportedly made precedent under the Nuremberg trials.  How quickly people forget.

    Finally, on 10/19/20, the Court issued an order effectively staying destruction of Movant's personal property until the President has had an opportunity to weigh in on a pardon, with return of all property unsullied (as-is).  ***Movant thanks the Court for this decision*** and will let the Court know, no later than its 2/5/21 deadline, if and how the POTUS has acted, etc.

    Movant hopes to have ready by then the remaining inventory as to what is truly "contraband" (under the Court's definition) and what is not, of all items still being withheld.

    Perhaps Respondent should contact accuser-LMA to ask if she'd like to finally admit that she really had no honest case to show "intent to cause emotional harm," and that is why she

added dozens of false claims to the record, to mislead all, as "being human," not thinking clearly, etc.  The sooner she does this, the better all will look, as well as enhancing judicial economy.

Submitted [with possible Text Emphasis] By:

s / *Moses Shepard*

Copy of the foregoing electronically served on Respondent on 11/5/20.

cc: Michelle.Terwilliger@ic.fbi.gov and Tony.Taylor@ic.fbi.gov