Moses Shepard
3634 South 8th Avenue
Tucson, Arizona 85713

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Shepard,<br>Movant,<br><br>v.<br><br>USA,<br>Respondent. | No. 4:10-cr-01032-CKJ / CR-10-1032-CKJ<br><br>**NOTICE FILED UNDER ORDER DKT 969 REGARDING PENDING POTUS ORDER GRANTING FULL PARDON & MOTION TO RETURN MOST OF REMAINING PROPERTY, PENDING POTUS ORDER**<br><br>(Judge Cindy K. Jorgenson) |

Movant states under penalty of perjury as true and correct all facts asserted herein, contending issues, rules, arguments and conclusions as of the signed and dated proof of service.

On 10/19/20 this Court directed Movant, at Order Dkt. 696, to “file a notice…within ten days of receiving notification of a decision on his petition for a pardon” from the President of the United States (“POTUS”) to include return of Movant’s still-withheld property (numerous hard copy papers and a laptop’s internal hard drive). Moreover, this Court granted a stay in support of Movant’s motions and supplements (*see* Dkt. 965, 966, 967, 968) which ended on 2/5/21.

Accordingly, Movant now files this Notice, fulfilling said Court order, to state:

(1) While POTUS has not yet issued a decision ruling on said pardon petition, in whole or part;

(2) A decision granting said pardon, to include property return, is likely now imminent because:

(a) The 2020 federal election for POTUS was rigged-stolen proven by the irrefutable mathematical evidence seen, in part, at www.zenger.news/sidney-powell-document-binder-2020-election-fraud (showing a 270 page [75 Megabytes] report viewable or downable there, explaining why it was not attached hereto, given PACER’s Exhibit-Limit of only 10 MB);

(b) Federal ‘super lawyer’ Sidney Powell, with 500-plus federal appeals under her belt (see www.SidneyPowell.com) is currently working on forcing *that* evidence, and much more evidence, before the courts, which will result in Biden leaving, and Trump returning, unless the U.S. Supreme Court doesn’t mind proving itself entirely crooked before the human race;

(c) Biden appears to be aware his presidency is temporary (and/or his arrest also imminent) given the fact that he has failed to set up office in the now-lights-off Whitehouse, and instead uses a Hollywood set to dupe fake news consumers. *See* video’s Biden’s Virtual Oval Office Located at Amazon Castle Rock Movie Studio and White House Goes Dark 1-30-21.

(d) International co-conspirators stole the election, via the various swing states, making it an act of war which the MAGA voters, numbering in the millions, take very seriously. *See* Italy IT Contractor Admits to Stealing 2020 Election and Italian Legal Counsel Under Oath Re: Stolen 2020 Election and 2020 Election Fraud Documentary entitled Absolute Proof.

(e) Trump, in his farewell-for-now speech, *did* say he’d be back in one form or another. *See* https://nypost.com/2021/01/20/trump-says-hell-be-back-in-some-form-at-farewell-speech.

(f) Trump granted a pardon for *hundreds* of individuals with accusations *far more serious* than what Movant was accused of, by orders of magnitude, ***even if*** one believes *all* the perjury spoken at the one-side-heard-only ‘trial.’ Trump even granted a pardon for someone with the ***same exact charge as Movant***, seen below, so it is inconceivable that Movant will be denied.

(g) The below items copied off the Web, verbatim, and pasted below, provide further details.

Based on the forgoing, the Court is MOVED to:

(1) STAY the destruction of Movant’s personal property pending the outcome of said litigation regarding election integrity—that will only end one way—with Trump’s return as POTUS and all that Biden did then being then null and void *ab initio* as based on a rigged election.

(2) Alternatively, if this Court is determined to destroy more Movant's private property, then at least *return* that part having *nothing* to do with this case (*not* deemed contraband), namely:

(a) All remaining paper-based archives, *except* the following page-originals deemed contraband, corresponding to Government Disclosure (GD page #) 671-687, 688-717, and 718-732;

(b) The laptop internal hard drive, after directing the opposition to delete the following items deemed contraband therein (the location of 112 megabytes ("MB") of the HDD e-memory):

1. My Documents/Personal/Lifestyle/Others/Mari [all items in that folder = 16.9 MB]
2. My Documents/My Music/Mari [all items in that folder = 94.2 MB]
3. My Documents/Read-act on/Mari-Today [all items in that folder = 1.64 MB]
4. My Documents/My Webs/Lovetower/mari.doc [sole item in that folder = 18 KB]
5. My Documents/My Webs/Lovetower/mari - original.doc [sole item in that folder = 42.3 KB]
6. My Documents/My Webs/Lovetower/Deleted Re Mari.doc [sole item in that folder = 19 KB]

**Further Evidence Proving "the Calm before the Storm" (Trump's Return & Biden's Exit):**

*See* Sidney Powell's 'Telegrams' at https://t.me/s/sidneypowell for January 30:

Sidney Powell @sidneypowell 354K Members 24 Photos 9 Videos 1 File 87 Links

The official channel of Sidney Powell – Attorney / Author of LICENSED TO LIE: Exposing Corruption in the Department of Justice / counsel to @GenFlynn / co-author of CONVICTION MACHINE #Truth www.DefendingTheRepublic.org www.SidneyPowell.com

Please know that we are still working on multiple fronts at www.DefendingTheRepublic.org We have an important case in Michigan begun by Matt Deperno, our lawyers are working on the issues in Arizona, and we are still active in Georgia where there is an important case. We will not give up. There was massive fraud in this election on many fronts, and we will continue to work to expose it all. We are working on additional cases too as more evidence comes to our attention. We must deal with the reality we face. It is up to #WeThePeople to #DefendTheRepublic and #RestoreTheRepublic. Our work has barely begun. Sidney 179.8K views Sid, 20:57

By the way, assertions that all the cases were lost is false. Our Michigan case in the Supreme Court is scheduled for conference soon. 155.7K views Sid, 20:23

https://t.me/TheTrumpists/638

**BREAKING:** The U.S. Supreme Court has scheduled the Pennsylvania election case, Sidney Powell's Michigan election case, and Lin Wood's Georgia election case for its February 19 conference. 33.0K views Feb 5 at 08:50

-----------------------------------------------------------------------------------------------------------

**"Sidney Powell's Legal Team Has Binder of Documents She Says Establish the 2020 Election was a Fraud. Zenger News publishes the Powell binder in its entirety.** In a Dec. 23, 2020 interview with Zenger News, attorney Sidney Powell stepped through a binder of information her legal team provided two hours before cameras rolled. Powell contends that documents in the binder prove direct foreign interference and fraud tainted the Nov. 3 presidential election, and that President Donald Trump was re-elected. The entire binder is reproduced here": www.zenger.news/sidney-powell-document-binder-2020-election-fraud

-----------------------------------------------------------------------------------------------------------

https://en.wikipedia.org/wiki/List_of_people_granted_executive_clemency_by_Donald_Trump#

**List of recipients of executive clemency Pardons from Trump:** Trump issued 143 pardons: one in 2017, six in 2018, eight in 2019, twelve in 2020, and 116 in January 2021.[30]

| Date of Pardon[31] | Name[31] | Court[31] | Sentence date[31] | Sentence[31] | Offense[31] | Notes |
|---|---|---|---|---|---|---|
| 1/19/21 | KKenneth Kurson aka Jayden | EEastern District of New York | N/A | N/A | **interstate stalking and** | Kurson, an ally of the Trump family, was appointed the editor-in-chief of the *The New York Observer* in 2013 by Trump's son-in-law Jared Kushner, who at the time owned |

| Date of Pardon[31] | Name[31] | Court[31] | Sentence date[31] | Sentence[31] | Offense[31] | Notes |
|---|---|---|---|---|---|---|
| | Wagner, Eddie Train | | | | **harassment** | the newspaper. Kurson and Kushner became close friends. Kurson also wrote a speech for Trump in his 2016 campaign, and was a longtime associate of Rudolph W. Giuliani, Trump's lawyer. In October 2020, Kurson was charged with cyberstalking three people and harassing two other people.[124] He was pardoned on the last full day of Trump's term, before he could stand trial.[125] |

---

*See* below article posted at https://classicalcapital.com/Great_News_.html and mirrored at: www.sgtreport.com/2021/01/great-news-military-blocks-insurgency and at https://beforeitsnews.com/economy/2021/01/great-news-military-blocks-insurgency-3019850.html

**Military Blocks Insurrection**

**By Wayne Jett © January 23, 2021**

This is a time of extraordinary stress for many Americans, but the stress is caused by lack of vital information – not by true facts on the ground in the historic conflict now underway. Most Americans are unaware that the U. S. military high command has been investigating a criminal insurrection aimed at subverting the November 3 federal elections. With that knowledge in hand, the outlook for Americans and the future of their constitutional republic is much improved, and potentially may become the best since its founding.

**The Wounds Hurt, But …**

Most Americans and many more worldwide remain disconsolate. Political wounds inflicted by fraudulent vote-counting practices in the November 3 presidential election and the

January 5 Georgia run-off elections for U. S. Senate seats are still raw. More wounds were inflicted by Vice President Mike Pence. He failed to perform his constitutional duties to resolve vital issues raised by competing electors in multiple states where vote-counting fraud was rampant.

Then most recently we were shown the portrayed inauguration of Joe Biden as president. With major media insisting it is so, most observers including many Trump supporters assume (or fear) the Biden presidency is permanent and irreversible. Not so.

**The Insurrection Act Is Invoked**

The proper place to begin understanding where the nation and the presidency stands now is the Insurrection Act of 1807. That early statute authorized the president to call upon land and naval forces to defend against and to defeat any attempt to take control of federal, state or local government by unlawful means. In mid-2018, President Donald Trump signed an executive order to detect, protect against and prevent any attempt to subvert free and fair elections on November 3, 2020.

Provisions of the order included advance assignment of duties by intelligence agencies to investigate and protect against any foreign interference in the elections. The order included specified time schedule for precautions and surveillance to be in place, for investigations and reporting by federal intelligence agencies of any instances of unlawful conduct to the Director of National Intelligence. The DNI was directed to compile his summary report of findings and deliver it to the president.

Though delayed from the original schedule set by President Trump, the DNI report to the president determined that numerous unlawful actions – including interference and collusion by foreign governments in concert with American citizens – did, in fact, occur. In summary, the president was officially notified that identified foreign governments colluded with American actors to subvert and compromise the federal elections of November 3.

Based upon the DNI report and related intelligence, President Trump invoked the Insurrection Act placing authority and responsibility upon U. S. military commands to proceed with their statutory duties to defeat the insurrection and preserve constitutional government. Foreign governments reported to be involved with American nationals included United Kingdom, Canada, Germany, France, Italy, Vatican and China.

**Troops Occupy Capital**

This is the context within which a reported 25,000 National Guard troops were called to duty and deployed at stations within Washington, D.C., during the days leading to and including the widely broadcast swearing in of Joe Biden as president on January 20. The military deployment was ordered by the Pentagon, not by Congress, the Senate or the President.

This is the factual context within which armed military forces took up positions around the U. S. Capitol and the White House. The Pentagon is reported to have a corps of 800 high-ranking officers focused upon defeating the insurrection involving collusion with foreign governments described above. Those officers are taking the precautions necessary to protect the nation, preserve and defend the Constitution, and defeat the insurrection.

**The Plan and The Delay**

A source believed to be reliable (at 5:00 *et seq* .) says Pentagon officials were prepared to arrest Joe Biden and numerous others on January 20 at the time of the scheduled inauguration, but were deterred from doing so by an undisclosed consideration (perhaps threatened use of a weapon of mass destruction).

Military officials reportedly sought guidance from President Trump regarding the threat and ultimately determined to defer arrests until the threat is fully debunked. Arrests have been deferred until the threat is dealt with, which may be within a matter of days, weeks or as long as about two months.

**Likely Prospects**

If these described circumstances of January 20 are true, almost certainly Biden will be treated by law as never having become president. Indeed, he is likely to be treated as one who has conspired and acted to seize the presidency by treasonous means.

Biden is reported already to have been denied access to classified information requested from the Pentagon, and has been instructed not to come to the Pentagon or to send his staff there. These reports, if accurate, indicate the military command has concluded that Biden was declared the winner of the presidential election due to a criminal insurrection as proven by convincing evidence.

If this is indeed the case, Biden's orders and actions in the White House are null, void and additional criminal acts. While military officials complete their work in defeating the reported insurrection, President Donald Trump remains on the sidelines, to be consulted as military officials see fit. Copyright 2016. Classical Capital LLC. All rights reserved.

Submitted [with possible Text Emphasis] By:

s / *Moses Shepard*

Copy of the foregoing electronically served on Respondent on 2-8-21.